IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM HENRY HALE | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION FILE NUMBER |
| v. | ) 1:14-CV-1434-WBH |
| | ) |
| UNUM LIFE INSURANCE | ) |
| COMPANY OF AMERICA | ) |
| | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff WILLIAM HENRY HALE and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall pay his/its own costs and expenses of litigation.

This 30th day of March, 2015.

/s/ Heather K. Karrh                          /s/ W. Thomas Lacy, Jr.
Heather K. Karrh                              W. Thomas Lacy, Jr.
Georgia Bar No. 408379                        Georgia Bar No. 431032

Attorney for Plaintiff                        Attorney for Plaintiff

ROGERS, HOFRICHTER                            THE LACY LAW FIRM P.C.
  & KARRH, P.C.                               Post Office Box 3078
225 South Glynn Street, Suite A               Peachtree City, Georgia 30269
Fayetteville, Georgia 30214                   (770) 486-8445 - *Telephone*
(770) 460-1118 – *Telephone*                  (770) 486-8889 - *Facsimile*
hkarrh@rhkpc.com                              tlacy@lacyfirm.com

*/s/ H. Sanders Carter, Jr.*
H. Sanders Carter, Jr.
Georgia Bar No. 114100

*/s/ Andrea K. Cataland*
Andrea K. Cataland
Georgia Bar No. 116282

Attorneys for Defendant

SMITH MOORE LEATHERWOOD LLP
1180 West Peachtree Street, Suite 2300
Atlanta, Georgia 30309
(404) 962-1000 - *Telephone*
(404) 962-1200 - *Facsimile*
*sanders.carter@smithmoorelaw.com*
*andrea.cataland@smithmoorelaw.com*